UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ALEXANDER MELO,
JAVIER JANIEL,
FRANMY LUNA, and
JUAN PERALTA,

                       Defendants.

**ORDER**

19 Cr. 818 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that there shall be a conference in the above-captioned case on **Tuesday, November 26, 2019 at 10:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       November 20, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge