UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ALEXANDER MELO,
JAVIER JANIEL,
FRANMY LUNA, and
JUAN PERALTA,
               Defendants.

**ORDER**

19 Cr. 818 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that there shall be a conference in the above-captioned case on **April 3, 2020 at 12:30 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       January 28, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge