

VIA ECF
Hon. Paul G. Gardephe, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

MEMO ENDORSED

The Application is granted.

SO ORDERED:

*[signature]*

Paul G. Gardephe, U.S.D.J.

Dated: February 11, 2021

Re:   United States v. Alexander Melo, 19 Cr. 818 (PGG)

Dear Judge Gardephe:

     I represent Mr. Melo in the above-captioned matter. Per the Court's instructions at today's status conference, I am writing to request that the Court Order the Bureau of Prisons at the Metropolitan Correctional Center ("MCC") to provide Mr. Melo with the opportunity to review the electronic discovery materials in this case. A copy of those materials was in Mr. Melo's possession prior to MCC moving him to a new unit. In order for Mr. Melo to have sufficient time to review the materials, I respectfully request that the Court order MCC to provide Mr. Melo with a minimum of **eight (8) hours per week** of review time, until and unless otherwise ordered by this Court.

     Thank you for the Court's consideration of this letter motion.

                                                                       Respectfully submitted,

                                                                       /s

                                                        Aaron Mysliwiec, Esq.
                                                        *Attorney for Alexander Melo*

cc:     AUSA Jacob Warren (via ECF)
          AUSA Lindsey Keenan (via ECF)