UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-against-

ALEXANDER MELO,

Defendant.

---

**ORDER**

19 Cr. 818 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The Defendant will file any pretrial motions by **July 26, 2021.**

The final pretrial conference in this case will take place on **Wednesday, October 20, 2021 at 10:30 a.m.** in Courtroom 705 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       June 10, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge