UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ALEXANDER MELO,

              Defendant.

**ORDER**

19 Cr. 818 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      Defendant Alexander Melo's sentencing will take place on **December 10, 2021 at 12:00 p.m.** in Courtroom 705 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. Any submissions on behalf of Defendant Melo are due by **November 19, 2021**. The Government's submission is due by **November 26, 2021**.

      The Probation Department is directed to prepare a presentence investigation report for Defendant Melo.

      The trial in this matter scheduled for November 1, 2021 is adjourned sine die.

Dated: New York, New York
       August 5, 2021

SO ORDERED.

_Paul S. Gardephe_
Paul G. Gardephe
United States District Judge