UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ALEXANDER MELO,

Defendant.

**ORDER**

19 Cr. 818 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The conference currently scheduled for October 20, 2021 is adjourned sine die.

Dated: New York, New York
       August 31, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge