

February 2, 2022

**VIA ECF**
The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re:   *United States v. Alexander Melo*, 19 Cr. 818 (PGG)

Dear Judge Gardephe:

I represent Alexander Melo in the above-captioned case. Mr. Melo is currently scheduled to be sentenced by this Court at 2:30 p.m. on February 16, 2022.

I write to request a brief adjournment of Mr. Melo's sentencing. The reason for this request is that my client's mother, Maria Mello, would like to attend the proceeding to support her son but informed us today that she must attend a medical procedure on the current sentencing date.

After conferring with the government, through AUSA Celia Cohen, I understand that both parties are available to appear for Mr. Melo's sentencing on February 17 or February 18, 2022. Accordingly, I respectfully request that the Court reschedule Mr. Melo's sentencing to one of these dates, or another date that is convenient for the Court and not on or between February 21 and March 1, 2022.[1] Thank you for the Court's consideration of this letter motion.

**MEMO ENDORSED**:
The application is granted. The sentencing currently scheduled for February 16, 2022 is adjourned to **February 17, 2022 at 12:00 p.m.**

SO ORDERED.

*/s/ Paul G. Gardephe*
Paul G. Gardephe
United States District Judge
Dated: February 3, 2022

Respectfully submitted,

*/s/ Aaron Mysliwiec*

Aaron Mysliwiec, Esq.
*Attorney for Alexander Melo*

---

[1] I am unavailable to appear for Mr. Melo's sentencing on and between February 21 and March 1, 2022.