```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------x
                                :
UNITED STATES OF AMERICA        :
                                :
      - v. -                    :    ORDER
                                :
ALEXANDER MELO,                 :    S1 19 Cr. 818 (PGG)
                                :
            Defendant.          :
                                :
-------------------------------x
```

WHEREAS, with the consent of defendant Alexander Melo, the defendant's guilty plea allocution was taken before a United States Magistrate Judge on March 7, 2022;

WHEREAS, a transcript of the plea allocution was made and thereafter was transmitted to this Court; and

WHEREAS, upon review of that transcript, as supplemented by the proceedings on April 11, 2022, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea,

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated: New York, New York
       April 11, 2022

_____
THE HONORABLE PAUL G. GARDEPHE
United States District Judge
Southern District of New York